1084

**Pete RUSS, Appellant, v. UNITED STATES of America.**

No. 9131.

Circuit Court of Appeals, Eighth Circuit.

Feb. 17, 1931.

E. D. O'Sullivan and C. J. Southard, both of Omaha, Neb., for appellant.

Charles E. Sandall, U. S. Atty., and Edson Smith, Asst. U. S. Atty., both of Omaha, Neb.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellee under Rule 16.

---

**SHAWNEE STATE BANK et al. v. Hal M. CANNON, Trustee of the Estate of J. S. MULLEN, Bankrupt, et al.**

No. 307.

Circuit Court of Appeals, Tenth Circuit.

Jan. 13, 1931.

Potterf, Gray & Poindexter, Dolman & Dyer, and Slough & Gibson, all of Ardmore, Okl., for appellants.

Ledbetter & Ledbetter, Sigler & Jackson, and J. B. Moore, all of Ardmore, Okl., for appellees.

Before LEWIS and McDERMOTT, Circuit Judges, and KENNEDY, District Judge.

PER CURIAM.

Appeal dismissed January 13, 1931, on motion of appellant.

---

**Nate SIPORIN, Appellant, v. UNITED STATES of America.**

No. 9163.

Circuit Court of Appeals, Eighth Circuit.

March 10, 1931.

S. J. Kroman, of Minneapolis, Minn., for appellant.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal dismissed without costs to either party in this court, per stipulation of parties.

---

**Hannah M. SMITH, Administratrix of the Estate of Owen P. Smith, Appellant, v. MISSISSIPPI VALLEY KENNEL CLUB, James C. Gorman, John Skahara, and J. R. Benson, Appellees.**

No. 4459.

Circuit Court of Appeals, Seventh Circuit.

May 25, 1931.

E. Howard M'Caleb, of New Orleans, La., and Henry B. Floyd, of Washington, D. C., for appellant.

Paul Bakewell, of St. Louis, Mo., for appellees.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

Upon the authority of Smith, Petitioner, v. Springdale Amusement Park, Ltd., et al., Respondents, 51 S. Ct. 368, 75 L. Ed. ——, decided by the United States Supreme Court April 13, 1931, the decree of the District Court is affirmed.